# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-4786-CAS(RZx) | Date | July 22, 2009 |
|---|---|---|---|
| Title | *JUDY BENES v. MERCK & CO., INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - OSC WHY THIS COURT SHOULD NOT STRIKE ANY AND ALL PLEADINGS FILED BY COUNSEL AND DISMISS THE COMPLAINT FOR FAILURE TO BE ADMITTED TO THE BAR OF OR PERMITTED TO PRACTICE BEFORE THIS COURT.

This above-referenced action was filed on July 2, 2009 by plaintiff's attorney William E. Johnson. According to the State Bar, Mr. Johnson, State Bar No. 132436, is not eligible to practice law, nor is he admitted to this Court.

**IT IS HEREBY ORDERED** that Plaintiff's counsel, William E. Johnson**,** show cause in writing not later than **August 6, 2009** why the any and all pleadings should not be stricken and/or the above-entitled action should not be dismissed**.**

Pursuant to Local Rule 83-2.1, it states that "[A]n appearance before the Court on behalf of another party... may be made only by an attorney admitted to the Bar of or permitted to practice before this Court." Furthermore, pursuant to Local Rule 83-2.2, it states that "[A]dmission to and contininuing membership in the Bar of this Court is limited to...active members in good standing of the State Bar of California." Plaintiff's counsel's failure to renew/activate membership with the State Bar and be admitted to practice before this Court or plaintiff's failure to obtain new counsel who is active with the State Bar and able to practice before this Court, will result in the imposition of monetary and other sanctions. By this order, the Court gives plaintiff JUDY BENES notice that they have fifteen (15) days, until August 6, 2009, to obtain counsel who is active with the State Bar and admitted to practice before this Court.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-4786-CAS(RZx) | Date | July 22, 2009 |
|---|---|---|---|
| Title | *JUDY BENES v. MERCK & CO., INC.* | | |

Plaintiff is advised that the Court will consider the following:

**1)   A Proper Notice of Appearance by Counsel representing plaintiff and/or a Response by plaintiff's counsel that he is active to practice law by the State Bar of Clalifornia and that he is admitted to practice before this Court**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |